H. H. HIPSON, *Appellant*, v. J. E. TAYLOR, et al., *Appellees*.

Division B.

Decision filed June 27, 1928.

*Edwin Brobston,* for Appellant;

*T. H. Getzen,* for Appellees.

PER CURIAM.—The record and the briefs in this cause have been examined and we think Chapter 12252, Laws of Florida, Acts of 1927, the same being a validating Act was ample to cure any of the alleged irregularities or illegalities

in the bonds brought in question or in the proceedings leading up to their issue.

Affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.